IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SANDRA HENLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:25-CV-626-RP |
| | § | |
| STATE OF TEXAS, et al., | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the Court is the report and recommendation from United States Magistrate Judge Mark Lane concerning Plaintiff Sandra Henley's ("Plaintiff") Complaint pursuant to 28 U.S.C. § 1915(e), (Dkt. 1). (R. & R., Dkt. 5). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Lane issued his report and recommendation on May 16, 2025. (*Id.*). Thereafter, the Court extended Plaintiff's deadline to file objections to July 10, 2025. Plaintiff timely filed objections to the report and recommendation on June 25, 2025. (Objs., Dkt. 10).[1]

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiff timely objected to each portion of the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

---

[1] Plaintiff's June 25, 2025, filing is labeled on the docket as an amended complaint. However, the Court construes the document as objections to the report and recommendation because it contains arguments as to why the case should not be dismissed, as recommended by the United States Magistrate Judge.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 5), is **ADOPTED**. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e) for lack of standing.

The Court will enter final judgment by separate order.

**IT IS FURTHER ORDERED** that the Clerk's Office mail a copy of this Order to Plaintiff via certified mail.

**SIGNED** on July 29, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE